## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH AURTHUR PULEO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-2151** |
| | : | |
| **PLYMOUTH ROCK ASSURANCE** | : | |
| **CORPORATION** | : | |

# ORDER

**AND NOW**, this 20th day of July 2026, upon considering defendant's motion for summary judgment (DI 26), plaintiff's opposition (DI 27), defendant's reply (DI 28), plaintiff's letter (DI 30), defendant's letter (DI 31), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 26) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**